UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

CHRISTOPHER COMBES,

    Plaintiff,

  v.

DELTA AIR LINES, INC.,

    Defendant.
_____/

No. CV12-03028 LB

**CASE MANAGEMENT ORDER**

The court held a case management conference on June 20, 2013 and issues this order.

**I. CASE MANAGEMENT AND TRIAL DATES**

| Case Event | Filing Date/Disclosure Deadline/Hearing Date |
|---|---|
| Updated Joint Case Management Conference Statement | 8/01/2013 |
| Further Case Management Conference | 8/08/2013 at 11:00 a.m. |
| Non-expert discovery completion date | 10/11/2013 |
| Expert disclosures required by Federal Rules of Civil Procedure | 10/25/2013 (Plaintiff) 11/1/2013 (Defendant) |
| Rebuttal expert disclosures | 11/12/2013 |
| Expert discovery completion date | 11/22/2013 |
| Last hearing date for dispositive motions and/or further case management conference | 12/5/2013, at 9:30 a.m. |

CASE MANAGEMENT ORDER
CV12-03028 LB

| Meet and confer re pretrial filings | 2/25/2014 |
|---|---|
| Pretrial filings due | 3/6/2014 |
| Oppositions, Objections, Exhibits, and Depo Designations due | 3/13/2014 |
| Final Pretrial Conference | 3/27/2014, at 11:00 a.m. |
| Trial | 4/7/2014, at 8:30 a.m. |
| Length of Trial | 5 days |

## II. OTHER MATTERS

If parties determine that a facilitated settlement conference would be useful before the next case management conference, they should notify the court and either propose a magistrate judge or ask for a referral to a randomly-assigned magistrate judge. They should include any timing issues in their request.

**IT IS SO ORDERED**.

Dated: June 24, 2013

LAUREL BEELER
United States Magistrate Judge

CASE MANAGEMENT ORDER
CV12-03028 LB