**LIPTON & PIPER, LLP**
ARTHUR C. LIPTON, C.S.B.#74710
JONATHAN L. PIPER, C.S.B. #225701
Flood Building - Suite 945
870 Market Street
San Francisco, CA  94102
Phone:  (415) 362-6286
Fax:      (415) 362-6819

Attorneys for Plaintiff,
CHRISTOPHER COMES

Richard G. Grotch, Esq.
Gina J. Beltramo, Esq.
**CODDINGTON, HICKS & DANFORTH**
**A Professional Corporation, Lawyers**
555 Twin Dolphin Drive, Suite 300
Redwood City, CA 94065-2133
Phone: 650-592-5400
Fax:     650-592-5027

Attorneys for Defendant,
Delta Airlines, Inc.

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER COMES,<br><br>         Plaintiff,<br><br>vs.<br><br>DELTA AIRLINES, INC., dba DELTA AIRLINES,<br><br>         Defendant. | Case No.: C 12-3028 LB<br><br>**JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED][ ORDER**<br><br>Date: August 8, 2013<br>Time: 11:00am<br>Location: Courtroom C |

The parties to the above-entitled action jointly submit this Case Management Statement and proposed order and request that the Court adopt said order in this matter.

The parties attended a mediation session with William Murphy, Esq. on June 13, 2013, and the parties were unable to reach a settlement.  However, since the date of the mediation, the parties continued to discuss settlement and were able to reach an agreement.

1

The parties are currently in the process of finalizing the settlement, through a written settlement agreement, and anticipate having a dismissal filed before the date currently set for a Case Management Conference, and if not, soon thereafter. The parties therefore request that the Case Management Conference be continued for another thirty days, to allow time for a dismissal to be filed.

Dated: 8/1/13

                                                    /S/
                                     Jonathan L. Piper,
                                     Attorney for Plaintiffs

Dated: 8/1/13

                                                    /S/
                                     Gina J. Beltramo,
                                     Attorney for Defendant

## CASE MANAGEMENT ORDER

The Case Management Statement and Proposed Order is hereby adopted by the Court and this matter shall be continued to September ~~5~~, 2013 for a further Case Management Conference. September 12, 2013  A Joint Case Management Conference Statement due September 5, 2013.

Dated: August 5, 2013

                                                   Hon. Laurel Beller