1   **LIPTON & PIPER, LLP**
ARTHUR C. LIPTON, C.S.B.#74710
2   JONATHAN L. PIPER, C.S.B. #225701
Flood Building - Suite 945
3   870 Market Street
San Francisco, CA  94102
4   Phone:  (415) 362-6286
Fax:      (415) 362-6819
5
Attorneys for Plaintiff,
6   CHRISTOPHER COMES

7   Richard G. Grotch, Esq.
Gina J. Beltramo, Esq.
8   **CODDINGTON, HICKS & DANFORTH**
**A Professional Corporation, Lawyers**
9   555 Twin Dolphin Drive, Suite 300
Redwood City, CA 94065-2133
10   Phone: 650-592-5400
Fax:     650-592-5027
11
Attorneys for Defendant,
12   Delta Airlines, Inc.

13                    UNITED STATES DISTRICT COURT

14                   NORTHER DISTRICT OF CALIFORNIA

15                      SAN FRANCISCO DIVISION

16   CHRISTOPHER COMES,                    )   Case No.: C 12-3028 LB
                                          )
17              Plaintiff,                )   **JOINT CASE MANAGEMENT**
                                          )   **STATEMENT AND [PROPOSED[ ORDER**
18   vs.                                  )
                                          )
19   DELTA AIRLINES, INC., dba DELTA       )   **Date: August 8, 2013**
     AIRLINES,                            )   **Time: 11:00am**
20                                        )   **Location: Courtroom C**
                Defendant.                )
21   _____      )

22

23        The parties to the above-entitled action jointly submit this Case Management Statement and

24   proposed order and request that the Court adopt said order in this matter.

25        The parties attended a mediation session with William Murphy, Esq. on June 13, 2013, and

26   the parties were unable to reach a settlement.  However, since the date of the mediation, the parties

27   continued to discuss settlement and were able to reach an agreement.

28
                                            1

The parties are currently in the process of finalizing the settlement, through a written

settlement agreement, and anticipate having a dismissal filed before the date currently set for a Case

Management Conference, and if not, soon thereafter.  The parties therefore request that the Case

Management Conference be continued for another thirty days, to allow time for a dismissal to be

filed.


Dated: 8/1/13


_____/S/_____
Jonathan L. Piper,
Attorney for Plaintiffs


Dated: 8/1/13


_____/S/_____
Gina J. Beltramo,
Attorney for Defendant


## CASE MANAGEMENT ORDER

The Case Management Statement and Proposed Order is hereby adopted by the Court

and this matter shall be continued to September ~~5~~, 2013 for a further Case Management
                                              September 12, 2013
Conference.   A Joint Case Management Conference Statement due September 5, 2013.


Dated:_August 5, 2013_____


_____
Hon. Laurel Beller

2